Hedgeman Law Firm
Mario David Cometti, Esq.
Bar roll 506910
mdc@hedgemanlaw.com

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF NEW YORK, ...

---

JENNIFER RUDERMAN,

**Plaintiff,**

- against -

LIBERTY MUTUAL GROUP, INC.,
LINCOLN FINANCIAL GROUP,
LINCOLN NATIONAL CORPORATION &
LINCOLN LIFE ASSURANCE COMPANY of BOSTON

**Defendants.**

---

**1:20-cv-00945-DNH-CFH**
**Hon.** David N. Hurd, presiding
Hon. Christian F. Hummel, US Magistrate Judge referral

NOTICE OF MOTION AND MOTION TO REMAND; MEMORANDUM OF POINTS AND AUTHORITIES
Date: September 17th, 2020

# STIPULATION

1

IT IS HEREBY AGREED that the briefing schedule with respect to the Defendants Motion to Dismiss Docket #9 is as follows:
   a. Opposition papers and/or cross motion by plaintiff to be filed no later than November 23rd, 2020; and
   b. Reply papers by Defendants to be filed no later than December 14th, 2020.

Dated November 13th, 2020

OGLETREE, DEAKINS, SMOAK & STEWART, P.C.


BY:_____/s/_____
Byrne J. Decker, Esq.
Bar Roll #106649
Attorney for Defendants
1 Monument Sq,
Portland, ME 04101
(p) 207-387-2963
(f) 207-387-2986
B.decker@ogletree.com


HEDGEMAN LAW FIRM


_____/s/_____
MARIO DAVID COMETTI, ESQ
Bar Roll # 506910
Attorney for plaintiff
PO Box 177
Slingerlands, NY 12159
518-752-3111
mdc@hedgmenalaw.com

SO ORDERED;
_____
DAVID N. HURD
United States District Judge
Dated: 11/17/20 Utica, NY

2