# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Jennifer Ruderman**

       Plaintiff

vs.                                **CASE NUMBER: 1:20-cv-945 (DNH/CFH)**

**Liberty Mutual Group, Inc.,**
**Liberty Life Assurance Company of Boston,**
**Lincoln Financial Group**

       Defendants

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Defendants' motion to dismiss is GRANTED; Plaintiff's cross-motion to amend is DENIED; and Plaintiff's complaint is DISMISSED.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 4th day of March, 2021.

DATED: March 4, 2021

*[signature]*
Clerk of Court

                                               s/Kathy Rogers
                                               Deputy Clerk